Glorilene White
37 Scotland Road
Hampton VA 23663
757-717-5714, 757-722-0517

Complaint
United States Courthouse
2400 West Avenue
Newport News, VA 23607

FILED
FEB 25 2013
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

Golden Corral of Hampton LLC
1453 Kempsville Road #107
Virginia Beach VA 23464
757-826-5510

Register Agent
Houston Odom JR.

Case No. 4:13-CV-27

**Section I**

Introduction

My name is Glorilene White. On June 28, 2012, The Norfolk Area Office of the Equal Employment Opportunity Commission issued its determination as to the merits of the subject charge filed under Title VII of the Civil Rights Act of 1964, as amended and the Americans with Disabilities Act of 1990, as amended.
Examination of the evidence reveals Charging Party was discharged because of her disability in violation of the Americans with Disabilities Act of 1990, as amended. Conciliation efforts were unsuccessful and as a result, the EEOC issued the charging a Notice of Right to Sue letter on November 30, 2012.

**Section II**

| Charging Party: | Respondent: |
|---|---|
| Glorilene White<br>37 Scotland Road<br>Hampton, VA 23663 | Golden Corral of Hampton LLC<br>1453 Kempsville Road #107<br>Virginia Beach, VA 23464 |

**Section III**

Procedural History

Charging party made the Respondent aware of her disability, being legally blind, prior to being hired. She was promised reasonable accommodations pertaining to her disability upon being hired as an Assistant Manager in 2006. Accommodations included being given a printed schedule and flexibility upon arrival time. Then in February of 2010, Respondent ceased to make reasonable accommodations for charging party. Respondent also violated their own company policies when they gave the Charging Party a Final Written Warning and then terminated the Charging party for alleged tardiness. Charging party was terminated as retaliation for reporting to General Manager, District Manager, and Human Resources of discriminatory behavior by company Managers. Also, for speaking to the EEOC, apposing discriminatory behavior, and reporting to the General Manager to possibility of the hiring of illegal immigrants in the Hampton, VA restaurant. EEOC determined that the charging party was terminated based on her disability in violation of the Americans With Disabilities Act Of 1990, as Amended.

## Section IV

Position of Conciliation

The Parties were unable to come to an agreement of terms.

## Section V

Prayer for Relief

Due to my termination, I was denied medical coverage for over a two year period. My unemployment income could not cover the cost of Cobra. Due to the lack of medical treatment, my degenerative condition was aggravated beyond natural progression. I ask for back-pay, pain and suffering, compensatory and punitive damages.

## Section VI

Request

I would like to request a jury trial

Glorilene White
February 25, 2013