# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Newport News Division

FILED
APR - 3 2014
CLERK, US DISTRICT COURT
NORFOLK, VA

GLORILENE WHITE,

Plaintiff.

v.

GOLDEN CORRAL OF HAMPTON, LLC,

Defendant.

## JUDGMENT IN A CIVIL CASE

CASE NUMBER: 4:13cv27

[X] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came for determination before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the plaintiff, Glorilene White take nothing, that the action be dismissed on the merits, and the defendant, Golden Corral of Hampton, LLC, recover of the plaintiff, Glorilene White, its costs of action.

Date: April 2, 2014

FERNANDO GALINDO, CLERK

By: /s/
Deputy Clerk

Form of judgment approved in accordance with Rule 58, FRCivP, April 2, 2014

/s/
Raymond A. Jackson
United States District Judge